No. 13-55374

IN THE UNITED STATES COURT OF APPEAL
FOR THE NINTH CIRCUIT

---

# BRUCE LISKER,
Plaintiff and Appellee,

vs.

# CITY OF LOS ANGELES, ANDREW MONSUE and HOWARD LANDGREN,
Defendants and Appellants.

---

*Appeal from United States District Court*
*For the Central District of California*
*Honorable A. Howard Matz, Judge Presiding*
*District Court Case No. CV 09-09374*

---

APPELLANTS' REQUEST TO EXTEND THE TIME TO FILE A PETITION FOR PANEL REHEARING/ REHEARING EN BANC

---

**Michael N. Feuer, City Attorney,**
**St. Bar No. x111529**
**AMY JO FIELD, Assistant City Attorney, St. Bar No. 143827**
**200 North Main Street, CHE 600**
**Los Angeles, California 90012**
**Telephone: (213) 978-6929; FAX: (213) 978-8791**
**Amy.Field@lacity.org**
**Attorneys for Appellants Andrew Monsue**
**and Howard Landgren**

Pursuant to Rule 40 of the Federal Rules of Appellate Procedure, Defendants and Appellants request a 14-day extension of the deadline to file a Petition for Panel Rehearing/Rehearing en banc. The deadline is currently April 3, 2015, and Defendants and Appellants are seeking to extend that deadline to April 17, 2015. Appellants have received no previous extensions of time to file the Petition. Appellee does not oppose this request. This request is based on the accompanying declaration of Amy Jo Field and the good cause shown therein.

Dated: March 31, 2015

        Michael A. Feuer, City Attorney
        Amy Jo Field, Assistant City Attorney

        By   /s/ Amy J. Field
            Amy Jo Field
        Attorneys for Defendants and Appellants
        Andrew Monsue and Howard Landgren

# DECLARATION OF AMY JO FIELD

**I, AMY JO FIELD,** declare as follows:

1. I am an attorney admitted to practice before this Court and I am an Assistant City Attorney with the Los Angeles City Attorney's Office. I am also the Division Manager of the Civil Liability Appellate Division and oversee the appellate caseload of five attorneys and two support staff. I represent the defendants and appellants in this appeal, Andrew Monsue and Howard Landgren.

2. The panel filed its published Opinion on March 20, 2015. Pursuant to FRAP 40 (a)(1), the Petition for Panel Rehearing or Rehearing en banc is due for filing on April 3, 2015. I am seeking to have this deadline extended by 14 days, or to April 17, 2015.

3. I contacted Barry Litt and William Genego this morning via email to see if they would oppose my request. Mr. Litt just informed me via email that they will not oppose my request.

4. In the week since the panel filed the Opinion, I have reviewed the opinion, but due to the press of other deadlines and some personal commitments, I have been unable to turn my full attention to it and have been unable to schedule a meeting with my managers to discuss whether or not to seek rehearing.

5. I was unable to begin reviewing the Opinion the day the court filed it because I had a pressing deadline to meet that same day: the Petition for Panel Rehearing/Rehearing en banc due in *Contreras v. Benavides, Ninth Circuit No. 13-55100* was due Friday, March 20, 2015.

6. The following week, I was unable to turn my full attention to reviewing the opinion because my time was consumed with reviewing and assigning three new appeals that were filed (*Raiser v. City of Los Angeles, Case No. 14-04809; Drayton v. Scallon, Case No. 13-5041; and Hedges v. Rubin, Case No. EC 056010*); preparing for and attending a settlement discussion in *Lavan vs. City of Los Angeles, Case No. 11-02874*; and finally, reviewing an Appellant's Opening Brief written by one of the newest members of our division which was due for filing in the California Court of Appeal on Friday, March 27, 2015. (*Jadtar v. City of Los Angeles, Court of Appeal No. B257037.*)

7. In addition, I have scheduled several long-overdue doctor's appointments last week and this week and will not be in the office as many hours as I usually am.

8. My plan is to turn my attention to the Opinion this week, meet with my managers and make my recommendations regarding the petition by the end of the week. If we determine that a petition will be filed, I believe I can complete it by the newly requested deadline, Friday, April 17, 2015, and do not believe I will need any further extensions of time. I respectfully request this Court extend the deadline for filing a Petition for Panel Rehearing/Rehearing en banc to April 17. 2015.

      I declare under penalty of perjury that the foregoing is true and correct.

Executed March 31, 2015, at Los Angeles California.

         /s/ Amy J. Field
         Amy Jo Field

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court for the United States of Appeals for the Ninth Circuit by using the appellate CM/ECF system on March 31, 2015.

I certify all participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

                                                 /s/ Amy J. Field
                                         AMY JO FIELD, Assistant City Attorney