FILED

APR 01 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| BRUCE E. LISKER,<br><br>       Plaintiff - Appellee,<br><br>  v.<br><br>CITY OF LOS ANGELES; LOS ANGELES POLICE DEPARTMENT,<br><br>       Defendants,<br><br>  And<br><br>ANDREW MONSUE; HOWARD LANDGREN,<br><br>       Defendants - Appellants. | No. 13-55374<br><br>D.C. No. 2:09-cv-09374-AHM-AJW<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before: SENTELLE,[*] CHRISTEN, and HURWITZ, Circuit Judges.

The appellants' "Request to Extend the Time to File a Petition for Panel Rehearing / Rehearing en Banc" is GRANTED.

---

  [*]     The Honorable David Bryan Sentelle, Senior Circuit Judge for the U.S. Court of Appeals for the District of Columbia Circuit, sitting by designation.