UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 14 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| BRUCE E. LISKER,<br><br>    Plaintiff - Appellee,<br><br> v.<br><br>CITY OF LOS ANGELES; LOS ANGELES POLICE DEPARTMENT,<br><br>    Defendants,<br><br> and<br><br>ANDREW MONSUE; HOWARD LANDGREN,<br><br>    Defendants - Appellants. | No. 13-55374<br><br>D.C. No. 2:09-cv-09374-AHM-AJW<br>Central District of California, Los Angeles<br><br>ORDER |

Before: SENTELLE,[*] CHRISTEN, and HURWITZ, Circuit Judges.

 The panel has unanimously voted to deny the petition for panel rehearing. Judges Christen and Hurwitz have voted to deny the petition for rehearing en banc and Judge Sentelle so recommends.

 The full court has been advised of the petition for rehearing en banc and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35.

---

   [*] The Honorable David Bryan Sentelle, Senior Circuit Judge for the U.S. Court of Appeals for the District of Columbia Circuit, sitting by designation.

2

The petition for panel rehearing and the petition for rehearing en banc are DENIED.