UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 19 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| BRUCE E. LISKER, | No. 13-55374 |
| Plaintiff - Appellee, | D.C. No. 2:09-cv-09374-AHM-AJW Central District of California, Los Angeles |
| v. | |
| CITY OF LOS ANGELES; LOS ANGELES POLICE DEPARTMENT, | ORDER |
| Defendants, | |
| and | |
| ANDREW MONSUE; HOWARD LANDGREN, | |
| Defendants - Appellants. | |

Before: SENTELLE,* CHRISTEN, and HURWITZ, Circuit Judges.

The appellants' motion to stay the mandate is DENIED.

---

\* The Honorable David Bryan Sentelle, Senior Circuit Judge for the U.S. Court of Appeals for the District of Columbia Circuit, sitting by designation.