UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 28 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| BRUCE E. LISKER,<br><br>    Plaintiff - Appellee,<br><br> v.<br><br>CITY OF LOS ANGELES and LOS ANGELES POLICE DEPARTMENT,<br><br>    Defendants,<br><br> and<br><br>ANDREW MONSUE and HOWARD LANDGREN,<br><br>    Defendants - Appellants. | No. 13-55374<br><br>D.C. No. 2:09-cv-09374-AHM-AJW<br>U.S. District Court for Central California, Los Angeles<br><br>**MANDATE** |

The judgment of this Court, entered March 20, 2015, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                FOR THE COURT:
                Molly C. Dwyer
                Clerk of Court

                Rebecca Lopez
                Deputy Clerk